UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA,

    Plaintiff, __
    Government X

v.                                                   Case No. 2:07-cr-95-FtM-34SPC

TODD D. CRISP                          __ Evidentiary
                                                          X  Trial
                                                           __ Other

    Defendant __

## EXHIBIT LIST

| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 1 | 03/12/08 | 03/12/08 | Sasha Bernstein | Enterprise Rental Records for Dodge Grand Caravan, Fl. Tag T88FJH |
| 2 | 03/12/08 | 03/12/08 | Arturo Gonzalez | Google Earth Image of 1537 Veronica Shoemaker Blvd., Fort Myers, Florida |
| 3 | 03/12/08 | 03/12/08 | Arturo Gonzalez | Polaroid photographs taken by Arturo Gonzalez of Caravan, Sean John jacket, and Firearm |
| 4 | 03/12/08 | 03/12/08 | Arturo Gonzalez<br>Linda Foster<br>Daniel O'Kelly | Firearm: .38 caliber, blued Rossi revolver, Serial Number AA 195862 |
| 5 | 03/12/08 | 03/12/08 | Arturo Gonzalez | Fort Myers Police Department Inventory and Hold Report |
| 6 | 03/12/08 | 03/12/08 | Arturo Gonzalez | Driver's License Record Printout for Todd Demetry Chrisp |
| 7 | 03/12/08 | 03/12/08 | Anthony Petrucci | Fingerprint card for Todd D. Chrisp taken on October 9, 1996 |
| 8 | 03/13/08 | 03/13/08 | Linda Foster | Photographs of latent print recovered from .38 caliber, blued Rossi revolver, Serial Number AA 195862 |
| 9 | 03/13/08 | 03/13/08 | Linda Foster | Side by side photograph of latent fingerprint recovered from firearm and left thumb print of Todd D. Crisp |
| 10 | 03/12/08 | 03/12/08 | Tyrone Powell | Photos of Torrey Crisp |